

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00344-CR

| | | |
|---|---|---|
| JESSICA JAY BREDESON-ELLIOTT, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR16056) |
| | § | August 22, 2024 |
| V. | § | Memorandum Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach